AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Seibel, Cathy | U.S. District Court --S.D.N.Y. | 05/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge -- active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Charles L. Brieant U.S. Courthouse
300 Quarropas St., Rm. 633
White Plains, NY 10601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | board member emeritus | Fordham Law Alumni Association |
| 2. | Adjunct Professor of Law (part-time trial practice instructor) | Columbia University School of Law |
| 3. | board member | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2020 | $10,000 compensation for instructing Trial Practice course at Columbia University School of Law January - April 2021 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Columbia University -- payment for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | New York University -- salary as faculty member and physician |
| 2. 3/16/20 | Johns Hopkins University Press -- book royalties |
| 3. 4/7/20 | Johns Hopkins University Press -- book royalties |
| 4. 4/13/20 | Beacon Press -- book royalties |
| 5. 4/30/20 | New York Times -- payment for writing |
| 6. 10/16//20 | Beacon Press -- book royalties |
| 7. 12/8/20 | Overlook Foundation -- payment for speaking |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/27/2021 |

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Seibel, Cathy** | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amreican Century Heritage Fund (formerly Vista Fund) | E | Distribution | M | T | | | | | |
| 2. AT&T common stock | A | Dividend | J | T | | | | | |
| 3. AT&T common stock | A | Dividend | J | T | | | | | |
| 4. AMG Brandywine Fund | D | Distribution | M | T | | | | | |
| 5. Comcast common stock | A | Dividend | K | T | | | | | |
| 6. Comcast common stock | A | Dividend | K | T | | | | | |
| 7. PGIM (formerly Prudential) Global Total Return Fund | A | Dividend | J | T | | | | | |
| 8. BNY Mellon (formerly Dreyfus) NY Tax-Exempt Bond Fund | A | Dividend | K | T | | | | | |
| 9. Enbridge Energy Partners LP common stock | A | Dividend | J | T | | | | | |
| 10. Fidelity Magellan Fund (IRA) | A | Distribution | M | T | | | | | |
| 11. Fidelity Capital Appreciation Fund (IRA) | D | Distribution | L | T | | | | | |
| 12. Fidelity NY Muni Income Fund | A | Dividend | M | T | | | | | |
| 13. Janus Fund | D | Distribution | N | T | | | | | |
| 14. John Hancock Patriot Premium Div Fund I common stock | B | Dividend | K | T | | | | | |
| 15. Fidelity Government Money Market Account | A | Interest | M | T | | | | | |
| 16. Fidelity Money Market Premium Class Account | A | Interest | M | T | | | | | |
| 17. Victory RS Growth Fund | E | Distribution | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TIAA/CREF T-C Lifecycle 2025 Inst Fund (formerly Rtrmt. Fund) | A | Dividend | | | Sold | 07/28/20 | K | | |
| 19. TIAA/CREF Lifecycle Index 2025 Prem. Fund | B | Dividend | L | T | | | | | |
| 20. T. Row Price Blue Chip Growth Fund IRA | A | Dividend | L | T | | | | | |
| 21. T. Rowe Price Blue Chip Growth Fund IRA | A | Dividend | L | T | | | | | |
| 22. T. Rowe Price Gov't Money Fund (formerly Prime Reserve Fund) | A | Dividend | | | Sold | 12/17/20 | N | | |
| 23. Fidelity Government Money Market Account | A | Interest | K | T | | | | | |
| 24. Fidelity Money Market Premium Class Account | B | Interest | N | T | | | | | |
| 25. T. Rowe Price Gov't Money Fund (formerly Prime Reserve Fund) | A | Dividend | | | Sold | 12/17/20 | N | | |
| 26. Vanguard Long Term Treasury Fund Admiral (retirement annuity) | D | Dividend | L | T | | | | | |
| 27. Vanguard Long-Term Investment Grade Admiral (retirement annuity) | B | Dividend | L | T | | | L | | |
| 28. Vanguard Infl'n-Prot'd Sec Ins (formerly Sec A) (retirement annuity) | B | Dividend | M | T | | | | | |
| 29. Vanguard US Growth Adm (retirement annuity) | C | Distribution | L | T | | | | | |
| 30. Vanguard Inst Tg Rtm 25 Inst (formerly Target 2025 Inv (ret. ann.) | C | Dividend | M | T | | | | | |
| 31. Vanguard Int Term Inv Gd Adm (retirement annuity) | C | Dividend | L | T | | | | | |
| 32. Vanguard High Yield Corp Adm (retirement annuity) | B | Dividend | K | T | | | | | |
| 33. Virtus Total Income Fund (formerly Virtus Total Dividend Fund) | A | Dividend | J | T | | | | | |
| 34. Fidelity Freedom 2025 (IRA) | F | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Seibel, Cathy** | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Vangaurd Inst.Tg Rtm 2025 Inst. (retirement annuity) | A | Dividend | K | T | Buy | 07/28/20 | K | | |
| 36. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Seibel, Cathy | 05/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The T Rowe Price Gov't Money Fund accounts on lines 22 and 25 were custodial accounts for now-grown ▒▒▒▒ ; proceeds went to ▒▒▒▒

Sale of TIAA-CREF T-C Lifecycle 2025 Inst. Fund on line 18 and purchase of Vanguard Inst Tgt Rtm 2025 Inst. on line 35 was a plan-sponsored transfer within ▒▒▒▒ retirement plan.  The Vanguard Inst Tgt Rtm 2025 Inst. account on line 30 is part of ▒▒▒▒ Voluntary Retirement Savings Plan with ▒ former employer (Columbia University), and the Vangaurd Inst Tgt Rtm 2025 Inst account on line 35 is part of ▒ 403(b) Retirement Plan with ▒ currrent employer (New York University).

| Name of Person Reporting | Date of Report |
| --- | --- |
| Seibel, Cathy | 05/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Seibel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544